# United States District Court
# Eastern District of California

EDWIGE MYRTIL

Plaintiff(s)

V.

SCOTT FRAUENHEIM, et al.

Defendant(s)

Case Number: 1:26-cv-05762-DC-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Arcelia Rodriguez hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Edwige Myrtil

On 05/17/2021 (date), I was admitted to practice and presently in good standing in the US Dist. Court Southern District of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/24/2026

Signature of Applicant: /s/ Arcelia Rodriguez

**Pro Hac Vice Attorney**

Applicant's Name: Arcelia Rodriguez

Law Firm Name: The Bird Project Inc.

Address: 251 Valencia Avenue, #140674

City: Coral Gables State: FL Zip: 33114

Phone Number w/Area Code: (786) 516-3709

City and State of Residence:

Primary E-mail Address: arceliarodriguezesq@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Erin E. Meyer

Law Firm Name: Keker, Van Nest & Peters LLP

Address: 633 Battery Street

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 391-5400 Bar # 274244

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 28, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE